NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

DEC 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-56388 |
| Plaintiff-Appellee, | D.C. Nos. 3:16-cv-01269-WQH |
| v. | 3:10-cr-02792-WQH |
| TAMIM ABDUL-SAMAD, a.k.a. Tamin Abdul-Samad, a.k.a. Brandon Harris, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted November 27, 2018**

Before:    CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

The stay issued in this appeal on January 26, 2018, is lifted.

Tamim Abdul-Samad appeals from the district court's judgment denying his

28 U.S.C. § 2255 motion to vacate.  We have jurisdiction under 28 U.S.C. § 2253,

and we affirm.

---

        *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Abdul-Samad contends that his armed bank robbery conviction under 18 U.S.C. § 2113(a), (d) does not qualify as a predicate crime of violence under 18 U.S.C. § 924(c).  This argument is foreclosed.  *See United States v. Watson*, 881 F.3d 782 (9th Cir.), *cert. denied*, 139 S. Ct. 203 (2018).

Appellee's motion for summary affirmance is denied as moot.

**AFFIRMED.**